# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TINA L. DOYLE,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No. CIV-20-489-RAW-SPS |

## ORDER AFFIRMING DECISION OF THE COMMISSIONER

On March 15, 2022, the United States Magistrate Judge entered a Report and Recommendation in the above-referenced case, recommending that this Court affirm the Commissioner's decision upholding on appeal the findings of the Administrative Law Judge ("ALJ"), denying benefits to Plaintiff [Docket No. 21]. The Plaintiff filed an objection to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C.§636(b)(1); Fed. R. Civ. P. 72(a) [Docket No. 22]. Claimant objects to the Magistrate Judge's Report and Recommendation asserting that the ALJ failed to properly consider all the evidence and apply the correct legal standards, specifically that the ALJ did not properly analyze the medical opinions of record, the ALJ did not properly analyze the persuasiveness of Dr. Ward's opinion or of Dr. Lynn's opinion and any inconsistencies therein, and that the ALJ erred in assessing Claimant's subjective symptoms.

Upon full consideration of the record and the issues herein, this court finds that the Magistrate Judge's recommendation to affirm the ALJ is well-supported. The ALJ's decision is supported by substantial evidence, and the correct legal standards were applied.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order. The decision of the Commissioner is affirmed.

**IT IS SO ORDERED** this 30th day of March 2022..

.

_____
**HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA**